IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JASON BAIRD, *et al.*, | ) CASE NO. 4:10 CV 1119 |
| | ) |
| Plaintiffs, | ) JUDGE BENITA Y. PEARSON |
| | ) |
| v. | ) MAGISTRATE JUDGE |
| | ) WILLIAM H. BAUGHMAN, JR. |
| EXCEL INDUSTRIES, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) **REPORT & RECOMMENDATION** |

I have this case on referral for general pretrial supervision.[1]

The parties have filed a stipulation of voluntary dismissal of plaintiffs' claims against certain defendants.[2] The plaintiffs and all defendants have joined in that stipulation.[3]

On consideration whereof, finding no objection to the dismissal of the defendants named in the stipulation, I hereby recommend that the Court dismiss plaintiffs' claims against Dexter Automatic Products Company, Kohler Co., Active Exhaust Corp., Engineered Fastener Company, Individually and d/b/a EFC International, and The Gates Corporation aka The Gates Rubber Company, without prejudice.

Dated:   June 27, 2011                     s/ William H. Baughman, Jr.
                                           United States Magistrate Judge

---

[1] ECF # 55.

[2] ECF # 101.

[3] *Id.*

**Objections**

Any objections to this Report and Recommendation must be filed with the Clerk of Courts within fourteen (14) days of receipt of this notice. Failure to file objections within the specified time waives the right to appeal the District Court's order.[4]

---

[4] *See*, *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). *See also*, *Thomas v. Arn*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986).